IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**CORA ANN PINSON,**

    **Plaintiff,**

v.                                Case No.: 3:12-cv-7255

**CAROLYN W. COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## J U D G M E N T   O R D E R

In accordance with the MEMORANDUM OPINION entered this day, it is hereby **ORDERED** as follows:

(1)    Plaintiff's request for judgment on the pleadings as articulated in her Brief in Support of Judgment on the Pleadings (Docket No. 11) is **DENIED**;

(2)    The Commissioner's request for judgment on the pleadings as articulated in her Brief in Support of Defendant's Decision (Docket No. 12) is **GRANTED**;

(3)    The final decision of the Commissioner is **AFFIRMED**; and

(4)    This action is **DISMISSED** from the docket of this Court.

The Clerk is directed to provide copies of this Order to all counsel of record.

                    **ENTERED**: September 30, 2013.

Cheryl A. Eifert
United States Magistrate Judge